SLIP OPINION

Cite as 2014 Ark. 293

# SUPREME COURT OF ARKANSAS

IN RE LESLIE W. STEEN, CLERK OF
THE COURT

**Opinion Delivered** June 19, 2014

## PER CURIAM

Leslie W. Steen has served as Clerk of the Supreme Court and Court of Appeals for nearly twenty-seven years. The court recognizes and appreciates his service and congratulates him on his retirement.

Les has been a well-known presence in the Justice Building for close to thirty-five years. Before his appointment in 1987 to the position of Clerk, Les served as a law clerk to Justice John I. Purtle and, from 1980 to 1987, as Chief Deputy Clerk for the newly established Arkansas Court of Appeals. Since then, Les has incorporated many beneficial changes while maintaining the time-tested court procedures established by Justice George Rose Smith. His institutional knowledge of both courts is unparalleled.

During his tenure as clerk, the clerk's office has made the transition from the age of paper to an environment that utilizes sophisticated software to manage the court's docket. Through it all, Les has always been a friendly face of the courts, providing reliable guidance to judges, lawyers and members of the public who interact with the clerk's office.

Les has been a trusted friend and colleague to all who have worked for and served on the courts during his tenure. He has served this court admirably, and his knowledge and insight will be greatly missed. The court wishes him godspeed in his retirement and many years of good fishing.

_____

_____     _____

_____     _____

_____     _____